# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148406 & (20)

GE MONEY BANK,
       Plaintiff-Counter
       Defendant-Appellee,

v

CONSTANCE HADDAD,
       Defendant-Counter
       Plaintiff-Appellant.

SC: 148406
COA: 316223
Ingham CC: 11-000655-AV

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED to permit the filing of the defendant's supplemental appendix, but DENIED in all other respects. The application for leave to appeal the July 31, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



d0421

Clerk